## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

MICHAEL SONNER,

        Petitioner,                                2:00-cv-1101 KJD-CWH

vs.                                            **MINUTES OF THE COURT**

RENEE BAKER, *et al.*,                     June 21, 2012

        Respondents.
_____/

PRESENT:
THE HONORABLE   KENT J. DAWSON   , UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:   JAMES R. BARKLEY       REPORTER:   NONE APPEARING

COUNSEL FOR PETITIONER:   NONE APPEARING
COUNSEL FOR RESPONDENTS:   NONE APPEARING

MINUTE ORDER IN CHAMBERS:   XXX

      Petitioner, through counsel, has moved for an enlargement of time within which to file an opposition to respondent's motion to dismiss (ECF No. 132). ECF No. 143. Based on the declaration of petitioner's counsel, the court is satisfied that the request is in good faith and not solely for the purpose of delay. In addition, petitioner's counsel represents that opposing counsel does not object to the extension. Good cause appearing,

      **IT IS THEREFORE ORDERED** that petitioner's motion for enlargement of time (ECF No. 143) is **GRANTED**. Petitioner shall have until and including **August 20, 2012**, within which to file his opposition to respondent's motion to dismiss (ECF No. 132).

      **IT IS FURTHER ORDERED** that, in all other respects, the schedule set forth in the scheduling order entered on January 9, 2012 (ECF No. 128), shall remain in effect.

                                              **LANCE S. WILSON, CLERK**


                                    By:   /s/ James R. Barkley
                                                 Deputy Clerk