UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

MICHAEL SONNER,

        Petitioner,                    2:00-cv-1101 KJD-CWH

vs.                                       **MINUTES OF THE COURT**

RENEE BAKER, *et al.*,              July 23, 2013

        Respondents.

PRESENT:
THE HONORABLE   KENT J. DAWSON   , UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:   JAMES R. BARKLEY      REPORTER:   NONE APPEARING

COUNSEL FOR PETITIONER:   NONE APPEARING

COUNSEL FOR RESPONDENTS:   NONE APPEARING

MINUTE ORDER IN CHAMBERS:   XXX

      Petitioner, through counsel, has moved for a 45-day enlargement of time within which to file a reply to the respondents' answer (ECF No. 171) and a motion for an evidentiary hearing ECF No. 174. Based on the declaration of petitioner's counsel, the court is satisfied that the request is in good faith and not solely for the purpose of delay. In addition, petitioner's counsel represents to the court that opposing counsel does not object to the extension. Good cause appearing,

      **IT IS THEREFORE ORDERED** that petitioner's motion for enlargement of time (ECF No. 174) is **GRANTED**. Petitioner shall have until and including **September 23, 2013**, within which to file a reply to the respondents' answer (ECF No. 171) and a motion for an evidentiary hearing.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule set forth in the scheduling order entered on January 9, 2012 (ECF No. 128), shall remain in effect.

                                                  **LANCE S. WILSON, CLERK**

                                        By:   /s/ James R. Barkley
                                                      Deputy Clerk