**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MICHAEL SONNER, )
            )
       Petitioner, )      2:00-cv-1101 KJD-CWH
            )
vs. )
            )          **ORDER**
RENEE BAKER, *et al.*, )
            )
       Respondents. )
_____/

      The court has reviewed petitioner's *ex parte* application for substitution of counsel and supporting declarations of counsel. Good cause appearing, the court GRANTS petitioner's application (ECF No. 223).

      It is ORDERED that Brian McComas is relieved as petitioner's associate counsel, and Nicholas Seymour is appointed as petitioner's associate counsel. Mr. Seymour is directed to file a verified petition pursuant to Local Rule IA 10-2 within 45 days of the filing of petitioner's application.

      DATED: June 17, 2014

                                    _____
                                    UNITED STATES DISTRICT JUDGE