# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL SONNER, | ) |
| Petitioner, | ) 2:00-cv-1101 KJD-CWH |
| vs. | ) |
| RENEE BAKER, *et al.*, | ) **ORDER** |
| Respondents. | ) |

The court has reviewed petitioner's *ex parte* application to relieve counsel Nicholas Seymour as his associate counsel.  Good cause appearing, the court GRANTS petitioner's application (ECF No. 228).

It is ORDERED that Nicholas Seymour is relieved as petitioner's associate counsel in this action. The Clerk shall terminate Mr. Seymour as counsel for the petitioner on the court's docket.

DATED: September 23, 2015

_____
UNITED STATES DISTRICT JUDGE