# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL SONNER,

        Petitioner,                      2:00-cv-1101 KJD-CWH

vs.                                      **MINUTES OF THE COURT**

TIMOTHY FILSON, *et al.*,             October 16, 2017

        Respondents.
_____/

PRESENT:
THE HONORABLE   KENT J. DAWSON  , UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:   JAMES R. BARKLEY     REPORTER:   NONE APPEARING

COUNSEL FOR PETITIONER:   NONE APPEARING
COUNSEL FOR RESPONDENTS:   NONE APPEARING

MINUTE ORDER IN CHAMBERS:   XXX

      Petitioner, through counsel, has requested an extension of twenty-one (21) days within which to file a reply in support of his motion to alter or amend judgment pursuant to Federal Rule of Civil Procedure 59(e) (ECF No. 233). ECF No. 237. Based on the declaration of petitioner's counsel, the court is satisfied that the request is in good faith and not solely for the purpose of delay. In addition, petitioner's counsel represents to the court that opposing counsel does not object to the extension. Good cause appearing,

      **IT IS THEREFORE ORDERED** that petitioner's motion for enlargement of time (ECF No. 237) is GRANTED. Petitioner shall have until and including **November 6, 2017**, to file his reply in support of his motion to alter or amend judgment pursuant to Federal Rule of Civil Procedure 59(e) (ECF No. 233).

                                                          **DEBRA K. KEMPI, CLERK**

                                                  By:   /s/ James R. Barkley
                                                          Deputy Clerk