UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL SONNER,<br><br>        Petitioner,<br><br>    v.<br><br>JEREMY BEAN, et al.,<br><br>        Respondents. | Case No. 2:00-cv-01101-ART-DJA<br><br>ORDER |

Respondents have filed a "Notice of Suggestion of Death" indicating that the petitioner, Michael Sonner, died on April 23, 2025. ECF No. 308. With Mr. Sonner's passing, this action is now moot and will be dismissed. *See Garceau v. Woodford*, 399 F.3d 1101 (9th Cir. 2005); *see also Griffey v. Lindsey*, 349 F.3d 1157 (9th Cir. 2003) (dismissing petition for writ of habeas corpus as moot on account of the petitioner's death).

IT IS THEREFORE ORDERED that this action is dismissed as moot on account of the petitioner's death. The Clerk of the Court is directed to enter judgment accordingly and close this case.

Dated this 5th day of May 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1